```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 16-00827-RNO
Samantha L. Kuhn                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Sep 16, 2016
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
         +Geisinger Health,   Attn: Payroll Department,   100 North Academy Avenue,
          Danville, PA 17822-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
         Tracy Lynn Updike    on behalf of Debtor Samantha L. Kuhn tupdike@ssbc-law.com,
          ssollenberger@ssbc-law.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| SAMANTHA L. KUHN | : | CASE NO: 1-16-bk-00827-RNO |
| a/k/a SAMANTHA L. PEIFFER, | : | |
| | : | |
| Debtor | : | |

**ORDER DIRECTED TO DEBTOR'S EMPLOYER**

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that Geisinger Health, Attn: Payroll Department, 100 North Academy Avenue, Danville, PA 17822, the employer of the Debtor Samantha L. Kuhn, is hereby directed to deduct from the bi-weekly salary of Samantha L. Kuhn the sum of $474.50 commencing September 2016, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that Geisinger Health shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

By the Court,

*Robert N. Opel II*

Dated: September 16, 2016

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)