# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Samantha L. Kuhn  
     Debtor(s)

BKY. NO. 16-00827 RNO

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-I, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9376

                              Respectfully submitted,

                              **/s/ Thomas Puleo**  
                              Thomas Puleo, Esquire  
                              James C. Warmbrodt, Esquire  
                              KML Law Group, P.C.  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA 19106-1532  
                              (215) 825-6306 FAX (215) 825-6406  
                              Attorney for Movant/Applicant