```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 16-00827-RNO
Samantha L. Kuhn                                                Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 0314-1           User: LyndseyPr              Page 1 of 2              Date Rcvd: Mar 21, 2017
                               Form ID: ntpasnh             Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
```
db            +Samantha L. Kuhn,    393 Stonehedge Lane,    Mechanicsburg, PA 17055-7009
cr            +BANK OF AMERICA, N.A.,    2380 Performance Dr.,    Richardson, TX 75082-4333
4757660       +BAC Home Loans Service LP,    1800 Tapo Canyon,    Simi Valley, CA 93063-6712
4757661       +Bureau of Account Management,    3607 Rosemont Avenue,    Camp Hill, PA 17011-6904
4757662       +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
4757663       +Cristina L. Connor, Esquire,    KML Law Group,    701 Market Street,
                Philadelphia, PA 19106-1538
4757664       +EverBank,    301 West Bay Street,    Jacksonville, FL 32202-5180
4757666        J. Stephen Feinour, Esquire,    P.O. Box 840,    Harrisburg, PA 17108-0840
4808219      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attention: Bankruptcy Department,
                PO Box 619096,   Dallas, TX 75261-9741)
4757669       +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4757670        Nationstar Mortgage,    8950 Cypress Waters Boulevard,    Dallas, TX 75063
4757672       +State Collection Services,    P.O. Box 6250,    Madison, WI 53716-0250
4757673       +Sterling Credit Corp,    716 N Bethlehem Pike, Suite 301,    Ambler, PA 19002-2656
4814605       +Stonehedge Condominium Association,    c/o Property Management, Inc.,
                Attn: Susan Egolf, Property Manager,    P.O. Box 622,    Lemoyne, PA 17043-0622
4757674        Stonehedge Condominium Association,    c/o Property Management, Inc.,    P.O. Box 622,
                Lemoyne, PA 17043-0622
4757675        Terrence J. McCabe, Esquire,    McCabe, Weisberg & Conway, P.C.,
                123 S. Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
4808120        The Bank of New York Mellon,    c/o Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
4757676       +The Bank of New York Mellon,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
4797280       +Upper Allen Township,    100 Gettysburg Pike,    Mechanicsburg, PA 17055-5698
4757677        Upper Allen Township,    P.O. Box 840,    Harrisburg, PA 17108-0840
4801429        Wells Fargo Bank, N.A,    P.O. Box 45038 MAC Z3057012,    Jacksonville, FL 322325038
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4757665        E-mail/Text: cio.bncmail@irs.gov Mar 21 2017 18:45:56    Internal Revenue Service,
                PO Box 21126,   Philadelphia, PA  19114
4757667       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2017 18:47:27    LVNV Funding LLC,
                c/o Resurgent Capital Services,   P.O. Box 10497 MS 576,    Greenville, SC 29603-0497
4760345        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2017 18:47:27
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4757668        E-mail/Text: unger@members1st.org Mar 21 2017 18:46:15    Members First Federal Credit Union,
                P.O. Box 40,   Mechanicsburg, PA 17055-0040
4757671        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2017 18:46:02
                Pennsylvania Department of Revenue,    Dept. 280946,   ATTN: Bankruptcy Division,
                Harrisburg, PA  17128-0946
                                                                                              TOTAL: 5
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017                                        Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2017 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Karina  Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
          Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor Samantha L. Kuhn tupdike@ssbc-law.com,
           ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6
```

ntpasnh(10/11)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Samantha L. Kuhn
aka Samantha L. Peiffer
**Debtor(s)**

Chapter: 13

Case number: 1:16−bk−00827−RNO

Document Number: 47

Matter: Motion for Mortgage Modification

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **April 11, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: LyndseyPrice |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 21, 2017 |