# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Samantha L. Kuhn AKA Samantha L. Peiffer | : | Case No.: 16-00827 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## MOTION TO WITHDRAW MOTION FOR APPROVAL OF LOAN MODIFICATION (DOCKET # 50)

AND NOW, comes Nationstar Mortgage LLC (the "Creditor"), by and through its attorneys, Manley Deas Kochalski LLC and files this Motion to Withdraw Motion for Approval of Loan Modification filed at Docket #50 as it was filed in error.

WHEREFORE, Movant respectfully requests this Honorable Court enter an Order withdrawing Movant's Motion for Approval of Loan Modification (Docket #50) filed on April 4, 2017, together with such other relief as this Honorable Court may deem just.

Respectfully submitted,

/s/ Kimberly A. Bonner
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-006257_RNM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Samantha L. Kuhn AKA Samantha L. Peiffer | : | Case No.: 16-00827 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion to Withdraw Motion for Approval of Loan Modification (Docket #50) was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Tracy Lynn Updike, Attorney for Samantha L. Kuhn AKA Samantha L. Peiffer, 2080 Linglestown Road Ste 201, Harrisburg, PA 17110, tupdike@ssbc-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April 6th, 2017:

Samantha L. Kuhn AKA Samantha L. Peiffer, 393 Stonehedge Lane, Mechanicsburg, PA 17055

DATE: __4/6/17__

/s/ Kimberly A. Bonner
_____
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

16-006257_RNM

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-006257_RNM