IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Samantha L. Kuhn AKA Samantha L. Peiffer | : | Case No.: 16-00827 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |

## ORDER OF COURT

AND NOW, to wit, it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion for Approval of Loan Modification filed April 4, 2017 is WITHDRAWN.

BY THE COURT

ROBERT N. OPEL II, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101 (notified by ecf)

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036 (notified by ecf)

Tracy Lynn Updike, Attorney for Debtor, 2080 Linglestown Road Ste 201, Harrisburg, PA 17110 (notified by ecf)

Samantha L. Kuhn AKA Samantha L. Peiffer, Debtor, 393 Stonehedge Lane, Mechanicsburg, PA 17055 (notified by regular US Mail)

Upper allen Township, Party of Interest, P.O. Box 840, Harrisburg, PA 17108-0840 (notified by regular US Mail)

Stonehedge Condominium Association c/o Property Management, Inc., Party of Interest, P.O. Box 622, Lemoyne, PA 17043-0622 (notified by regular US Mail)

16-006257_RNM

The Bank of New York Mellon, Party of Interest, 7105 Corporate Drive, PTX B-209, Plano, TX 75024 (notified by regular US Mail)

16-006257_RNM