```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 16-00827-RNO
Samantha L. Kuhn                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1        User: LyndseyPr          Page 1 of 1               Date Rcvd: Apr 07, 2017
                            Form ID: pdf010          Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2017.
db           +Samantha L. Kuhn,    393 Stonehedge Lane,    Mechanicsburg, PA 17055-7009
4757674       Stonehedge Condominium Association,    c/o Property Management, Inc.,    P.O. Box 622,
               Lemoyne, PA 17043-0622
4757676      +The Bank of New York Mellon,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
4757677       Upper Allen Township,    P.O. Box 840,    Harrisburg, PA 17108-0840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Kimberly A Bonner    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com
              Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor Samantha L. Kuhn tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: :
:
Samantha L. Kuhn AKA Samantha : Case No.: 16-00827
L. Peiffer : Chapter 13
: Judge Robert N. Opel II
Debtor(s). : * * * * * * * * * * * * * * * * * * * * * * *
:
:

## ORDER OF COURT

AND NOW, to wit, it is hereby **ORDERED, ADJUDGED AND DECREED,** that the Motion for Approval of Loan Modification filed April 4, 2017 is WITHDRAWN.

By the Court,

Dated: April 7, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)