LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **Samantha L. Kuhn AKA Samantha L. Peiffer** | : | CHAPTER **13** |
| | : | |
| | : | CASE NO.: **16-00827** |
| Debtor(s) | : | |
| | : | |
| **Nationstar Mortgage LLC** | : | ADVERSARY NO. ___-____-ap-_____ |
| Plaintiff(s)/Movant(s) | : | (if applicable) |
| vs | : | |
| | : | Nature of Proceeding: **Motion for Relief from the Automatic Stay** |
| **Samantha L. Kuhn AKA Samantha L. Peiffer** | : | |
| | : | Document #: **59** |
| | : | |
| **Charles J. DeHart III** | : | |
| Defendants(s)/Respondent(s) | | |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE

    This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

    The undersigned hereby requests a continuance with all concurrence of the opposing party (parties). This is a first request for a continuance.

    Reason for the continuance.

    Movant has presented Debtor with settlement terms but Debtor needs additional time to review said terms.

    Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:___11/15/18_____

/s/ Karina Velter
_____
Attorney for Movant_Nationstar Mortgage LLC__
Name: _Karina Velter__
Phone Number: _614-220-5611__

16-006257_SCS2