# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    SAMANTHA L. KUHN                                 Case No.: 1-16-00827-HWV

                                                            Chapter 13

          Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | BANK OF AMERICA |
| Court Claim Number: | 06 |
| Last Four of Loan Number: | 9376/PRE AREARS/393 STONEHEDGE LANE |
| Property Address if applicable: | 393 STONEHEDGE LANE, MECHANICSBURG, PA 17055 |

**PART 2:**           **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $4320.77 |
| b. | Prepetition arrearages paid by the Trustee: | $4320.77 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $4,320.77 |

**PART 3:**           **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**           **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

  To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  November 20, 2018               Respectfully submitted,

                                                   s/ Charles J. DeHart, III, Trustee
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA  17036
                                                 Phone:  (717) 566-6097
                                                 Fax:  (717) 566-8313
                                                 eMail:  dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

SAMANTHA L. KUHN          Case No.: 1-16-00827-HWV
                          Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| SCHIFFMAN, SHERIDAN & BROWN, PC<br>TRACY L UPDIKE, ESQUIRE<br>2080 LINGLESTOWN ROAD, SUITE 201<br>HARRISBURG PA, 17110- | SERVED ELECTRONICALLY |
| BANK OF AMERICA, N.A.<br>PO BOX 31785<br>TAMPA, FL, 33631-3785 | SERVED BY 1ST CLASS MAIL |
| SAMANTHA L. KUHN<br>393 STONEHEDGE LANE<br>MECHANICSBURG, PA 17055 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 20, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com