**Fill in this information to identify the case**

**Debtor 1** Samantha L. Kuhn AKA Samantha L. Peiffer

**Debtor 2**
**(Spouse, if filing)**

United States Bankruptcy Court for the: **MIDDLE** District of **PA**
                                                                                     **(State)**

**Case number** 16-00827

# Form 4100R
## Response to Notice of Final Cure Payment                 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** Nationstar Mortgage LLC

**Last 4 digits** of any number you use to identify the debtor's account: 7751

**Property address:** 393 Stonehedge Lane
             Number         Street

Mechanicsburg  PA  17055
     City                           State      Zip Code

**Court claim no.** (if known):

7

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
The next postpetition payment from the debtor(s) is due on:     12/01/2018
                                                                    MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

   a.   Total postpetition ongoing payments due:                                  (a) $_____

   b.   Total fees, charges, expenses, escrow, and costs outstanding:           (b) $_____

   c.   Total. Add lines a and b.                                                           (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    ___/___/____
                                                                                    MM/DD/YYYY

16-006257_WRP

Debtor 1 Samantha L. Kuhn AKA Samantha L. Peiffer Case number (if known) 16-00827
   First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.
☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Karina Velter   Date December 11, 2018
   Signature

Print:    Karina Velter   Title   Attorneys for Creditor

Company   Manley Deas Kochalski LLC

Address   P.O. Box 165028
      Number   Street

      Columbus, OH  43216-5028
      City   State   ZIP Code

Contact phone  614-220-5611   Email  amps@manleydeas.com

Form 4100R   **Response to Notice of Final Cure Payment**   page **2**

16-006257_WRP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 16-00827 |
| **Samantha L. Kuhn AKA Samantha L. Peiffer** | : Chapter 13 |
| | : Judge Henry W. Van Eck |
| | : * * * * * * * * * * * * * * * * * * * |
| Debtor(s). | : |
| | |
| **Samantha L. Kuhn AKA Samantha L. Peiffer, Charles J. DeHart III** | : |
| Respondent | : Related to Document No. |
| v. | : |
| | : |
| **Nationstar Mortgage LLC** | : |
| Movant | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Tracy Lynn Updike, Attorney for Samantha L. Kuhn AKA Samantha L. Peiffer, 2080 Linglestown Road Ste 201, Harrisburg, PA 17110, tupdike@ssbc-law.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  11 , 2018:

Samantha L. Kuhn AKA Samantha L. Peiffer, 393 Stonehedge Lane, Mechanicsburg, PA 17055

DATE: 12/11/2018

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611

16-006257_WRP

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-006257_WRP