

01401-PAM-DE-032026452

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 12, 2018</u>, at <u>8:20</u> o'clock <u>PM EST</u>, <u>Samantha L Kuhn</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>December 12, 2018</u>          By:     <u>/s/Jeremy  Lark</u>

Name:  <u>Jeremy  Lark</u>

Title:   <u>FCC Manager</u>