In re:  
Samantha L. Kuhn  
    Debtor

Case No. 16-00827-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: DGeorge    Page 1 of 1    Date Rcvd: Mar 19, 2019  
Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2019.  
db      +Samantha L. Kuhn,    393 Stonehedge Lane,    Mechanicsburg, PA 17055-7009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2019 at the address(es) listed below:  
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
       James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN TRUST, SERIES 2004-I bkgroup@kmllawgroup.com  
       James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bkgroup@kmllawgroup.com  
       Joshua I Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Karina Velter    on behalf of Creditor    NATIONSTAR MORTGAGE LLC amps@manleydeas.com  
       Kimberly A Bonner    on behalf of Creditor    NATIONSTAR MORTGAGE LLC kab@jsdc.com, jnr@jsdc.com  
       Thomas I Puleo    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Tracy Lynn Updike    on behalf of Debtor 1 Samantha L. Kuhn tupdike@ssbc-law.com, ssollenberger@ssbc-law.com  
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                 TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Samantha L. Kuhn,<br>aka Samantha L. Peiffer, | Chapter 13 |
| **Debtor 1** | Case No. 1:16−bk−00827−HWV |

Social Security No.:
xxx−xx−3298

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: March 19, 2019

By the Court,

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DGeorge, Deputy Clerk

**fnldec** (05/18)